UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MARK ANTHONY SMITH,

              Defendant.

09-CR-1231 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a petition for early termination of supervised release from the U.S. Probation Department.  IT IS HEREBY ORDERED THAT the parties shall appear for a conference with the Court on Tuesday, August 25, 2020 at 10:00 a.m., which, in light of the ongoing COVID-19 pandemic, shall take place via Skype for Business videoconference.  IT IS FURTHER ORDERD THAT no later than 5:00 p.m. on August 24, 2020, the parties shall jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Mr. Smith, and Mr. Smith's supervising probation officer.  The email should provide the telephone numbers or email accounts from which each of those persons expect to join the call.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.

      Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    August 20, 2020
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation