UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARK ANTHONY SMITH,<br><br>Supervisee. | No. 09-cr-1231 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    Now before the Court is Supervisee's motion for early termination of his eight-year term of supervised release, which neither the government nor Probation opposes. For the reasons stated on the record during the videoconference held earlier today, IT IS HEREBY ORDERED THAT Supervisee's request for early termination of his supervised release is GRANTED. The Court extends its best wishes for Mr. Smith's continued success in all his future endeavors.

SO ORDERED.

Dated:    August 25, 2020
              New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation